Elizabeth Rojas, Chapter 13 Trustee
15060 Ventura Blvd., Suite 240
Sherman Oaks, CA 91403
(818) 933-5700  Fax: (818) 933-5755

☐ ORIGINAL

**FILED**
MAY 11 2010
CLERK U.S. BANKRUPTCY COURT
CENTRAL DISTRICT OF CALIFORNIA
BY: _____ Deputy Clerk

UNITED STATES BANKRUPTCY COURT
CENTRAL DISTRICT OF CALIFORNIA
SAN FERNANDO VALLEY DIVISION

**ENTERED**
MAY 11 2010
CENTRAL DISTRICT OF CALIFORNIA
BY: _____ Deputy Clerk

IN RE:

Abraham Molina

) CHAPTER 13
) CASE NO. SV10-10015-GM
)
) CONF:   Tuesday, April 27, 2010
) TIME:   1:30 pm
) PLACE:  Courtroom 303
)         21041 Burbank Blvd.
)         Woodland Hills, CA 91367
)
)
DEBTOR    ) ORDER CONFIRMING PLAN

The Debtor's Chapter 13 Plan or Modified Plan, if any, was filed on March 19, 2010.

A Plan, or the final modification of the Plan, was transmitted to the Creditors under Bankruptcy Rule 3015. The first meeting of creditors was held on February 10, 2010. The court finds that the Plan meets the requirements of 11 U.S.C. 1325.

IT IS ORDERED:
The Debtor's Plan was confirmed on April 27, 2010, with the following provisions:

1. Payments: Amount of each payment is $234.00. The due date is day 1 of each month for 60 months. No payroll deduction order is ordered until debtor is in default more than 20 days, unless provided otherwise by the Plan. The Plan provides for the payment of 10.000% of allowed claims of general unsecured creditors.

No further declaration or order is required.

2. Confirmation of the Plan is without prejudice to the rights of secured creditors for post-petition defaults by the debtor.

3. OTHER PROVISIONS:

   (a) This is a base plan with the debtor paying $234.00 per month as disposable income. The court retains jurisdiction to hear the Trustee's motion to compel the debtor to pay all disposable income. Debtor shall submit statements of income on an annual basis to the Trustee, which amount of income shall be reviewed by the Trustee who may petition the court to increase the monthly payment for cause until such time as all allowed unsecured creditors are paid 100%.

   (b) The Trustee is authorized to make payments to holders of claims secured by real property based on Debtor's plan.

   (c) All tax returns to be submitted to the Trustee; all tax refunds to be submitted into the plan if less than 100%; Debtor to obtain court permission before incurring debt greater than $500.

   (d) Miscellaneous: Attorney fees of $4,000 allowed per Rights And Responsibilities Agreement with $1,800 paid up front and $2,200 thru plan @ 100%.

Dated: MAY 11 2010


LODGED MAY -5 2010

_____
Geraldine Mund
U.S. Bankruptcy Judge

1  Elizabeth Rojas, Chapter 13 Trustee
   15060 Ventura Blvd., Suite 240
2  Sherman Oaks, CA  91403
   (818) 933-5700  Fax: (818) 933-5755
3

4                       UNITED STATES BANKRUPTCY COURT
                         CENTRAL DISTRICT OF CALIFORNIA
5                         SAN FERNANDO VALLEY DIVISION

6  IN RE:                              )    CHAPTER 13
                                       )    CASE NO. SV10-10015-GM
7  Abraham Molina                      )
                                       )
8                                      )    **PROOF OF SERVICE BY MAIL**
                                       )
9                     DEBTOR           )
                                       )
10 _____

11                              PROOF OF SERVICE

12
       I declare under penalty of perjury that I am over the age of eighteen years and not a party to the
13 within entitled action, I am employed by Elizabeth Rojas, Chapter 13 Standing Trustee, 15060 Ventura
   Blvd., Suite 240, Sherman Oaks, CA 91403, and that on 5/4/2010 I served the following document(s):
14 ORDER CONFIRMING PLAN on all parties in interest listed below, by placing a true copy thereof
   enclosed in a sealed envelope with postage theron fully prepaid, in the United States Mail addressed as
15 follows:

16 Abraham Molina                         Elena Steers
   19606 Kittridge Street                 16633 Ventura Blvd Ste 900
17 Reseda, CA  91335                      Encino, CA  91436

18 Ms. Jennifer Braun
   Assistant United States Trustee
19 Department of Justice
   21051 Warner Center Lane, #115
20 Woodland Hills, CA  91367-1367

21

22 Executed at Sherman Oaks, California on May 04, 2010.

23

24                                              _____
                                                Sophia Lawrence
25

26

27

28

                                     Case No. SV10-10015-GM